IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION** | § § § | |
| **V.** | § § | **CIVIL ACTION NO. 6:00-MC-24** |
| **GOLD PARK DEVELOPMENT, ET AL.** | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action has been referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report and Recommendation of United States Magistrate Judge (Doc. No. 90), which contains proposed findings of fact and recommendations for the disposition of Plaintiff's Motion for Turnover Order and Appointment of a Receiver (Docket No. 36), has been presented for consideration.

Tareco Properties, Inc. ("Tareco") objected to the Report and Recommendation (Docket No. 94). However the Court, having made a *de novo* review of Tareco's objections, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Plaintiff's Motion for Turnover Order and Appointment of a Receiver (Docket No. 36) is **DENIED** in all things at this time.

**SIGNED this 5th day of September, 2007.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE